UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60232-CR-ZLOCH

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                      **O R D E R**

AUDIE WATSON,

      Defendant.
_____/

    THIS MATTER is before the Court upon the Report And Recommendation On Motion To Quash Search Warrant (DE 121) And On Motion To Dismiss Superseding Indictment (DE 122) filed herein by United States Magistrate Judge Barry S. Seltzer (DE 132).  The Court has conducted a _de novo_ review of said Motions and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Defendant Audie Watson's Notice Of Objection To The Report and Recommendation of Magistrate Judge (DE 133) be and the same is hereby **OVERRULED**;

    2. The Report And Recommendation On Motion To Quash Search Warrant (DE 121) And On Motion To Dismiss Superseding Indictment (DE 122) filed herein by United States Magistrate Judge Barry S. Seltzer (DE 123) be and the same is hereby approved, adopted and ratified by the Court; and

3. Defendant's Motion To Quash Search Warrant (DE 121) and Motion To Dismiss Superseding Indictment (DE 122) be and the same are hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   10th    day of September, 2009.

                                         _____
                                         WILLIAM J. ZLOCH
                                         United States District Judge

Copies furnished:

All Counsel and Parties of Record